IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA A. MELANCON,<br><br>　　　　Plaintiff,<br>　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C-11-5225 MMC<br><br>**ORDER DIRECTING DEFENDANT TO INFORM COURT WHETHER HE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

　　In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).  On October 28, 2011, plaintiff Debra A. Melancon voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order entry of a final judgment.  Accordingly, defendant Michael J. Astrue is hereby DIRECTED to advise the Court, no later than December 2, 2011, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action.[1]

　　**IT IS SO ORDERED.**

Dated: November 16, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.